Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Rumduol Vuong, SBN 264392
Derek W. Li, SBN 150122
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>BROADWAY FINANCIAL CORPORATION dba BROADWAY FEDERAL BANK,<br><br>Respondent. | Case No.18-MC-0072 ODW (JEMx)<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY THE EEOC'S SUBPOENAS SHOULD NOT BE ENFORCED** |

Petitioner U.S. Equal Employment Opportunity Commission ("EEOC") has filed an Application for an Order to Show Cause as to why its Subpoena *duces tecum* (Subpoena No. LA-17-35) served on Broadway Financial Corporation, dba Broadway Federal Bank ("Respondent") should not be enforced. In its Application and supporting documents, the EEOC states that it served the Subpoena on Respondent on or around July 21, 2017 pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9, which is incorporated into the Americans with Disabilities Act of 1990, as amended, at 42 U.S.C. § 12117, in the investigation of the Charge of Discrimination filed by Lynette Mikell alleging discrimination against her and a class of similarly situated individuals on the basis of disability. The EEOC further states that Respondent has failed to fully comply with the subpoena.

Due to the service of the Subpoena and Respondent's failure to comply with the Subpoenas, it is HEREBY ORDERED:

1. That Respondent appear on August 1, 2018, at 10:00 a.m., in Courtroom 640, 6th Floor, located at 255 E. Temple Street, Los Angeles, CA before the Honorable U.S. Magistrate Judge John E. McDermott, and show cause why Respondent should not be compelled to comply with the Subpoena No. LA-17-35 issued by the EEOC.

2. That Petitioner shall serve Respondent with a copy of this Order to Show Cause with the Application, Memorandum of Points and Authorities, and the supporting documents on which this Order is based on or before the June 26, 2018.

3. That Respondent shall serve its answer or response to the EEOC's Application for an Order to Show Cause no later than the July 17, 2018.

Order re: EEOC's Appl. OSC 2
*EEOC v. Broadway Financial Corporation*

4. The Petitioner shall file and serve any reply to the Respondent's response to the EEOC's Application for an Order to Show Cause no later than the July 24, 2018.

Dated: June 12, 2018

                                           John E. McDermott
                                           United States Magistrate Judge