# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 18-MC-00072-ODW (JEMx) | Date | July 17, 2019 |
| Title | U.S. Equal Employment Opportunity Commission v. Broadway Financial Corporation | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE NOTICE OF VOLUNTARY DISMISSAL (Docket No. 18)**

The Court is in receipt of Petitioner's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A).

The Court orders this case dismissed.

cc: All Parties

| | : | |
|---|---|---|
| | Initials of Preparer | slo |